## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | ) Case No.: 2:15-CV-02613-MCE-KJN |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| RPE, LLC, a California Limited Liability Company; BRENING ENTERPRISES, INC., a California Corporation; and Does 1-10, | ) |
| Defendants. | ) |

Pursuant to the parties' Notice of Settlement (ECF No. 10), the Court hereby vacates all currently set dates in this action. The parties shall file a Joint Stipulation for Dismissal within 60 days from the date this order is electronically filed.

IT IS SO ORDERED.

**Dated:  March 7, 2016**

_[signature]_
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT