UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>RPE, LLC, a California Limited Liability Company; BRENING ENTERPRISES, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-02613-MCE-KJN<br><br>**ORDER** |

### **ORDER**

Pursuant to the parties' Stipulation (ECF No. 12), this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 19, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT